Han Sheng Beh, Esq.
**HINSHAW & CULBERTSON LLP**
800 Third Avenue, 13th Floor
New York, New York 10017
212-471-6200 (Telephone)
212-935-1166 (Facsimile)
*Attorneys for Defendants*
*Midland Funding LLC and*
*Midland Credit Management, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SVETLANA LERNER, *on behalf of herself and those similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> MIDLAND FUNDING LLC, and <br> MIDLAND CREDIT MANAGEMENT, INC., <br><br> Defendants. | Docket No. <br><br> **CORPORATE DISCLOSURE** <br> **STATEMENT** |

Defendant Midland Credit Management, Inc. ("MCM") by and through their attorneys and pursuant to Federal Rule of Civil Procedure 7.1, submit the following Corporate Disclosure Statement:

1. MCM is a wholly-owned subsidiary of Encore Capital Group, L.P. ("Encore").

3. Encore is a publicly traded corporation.

Dated: New York, New York
       June 26, 2020

                                    HINSHAW & CULBERTSON LLP
                                    *Attorneys for Defendants*
                                    *Midland Funding LLC and*
                                    *Midland Credit Management, Inc.*

                          By:    *s/Han Sheng Beh*
                                  Han Sheng Beh
                                  800 Third Avenue, 13th Floor
                                  New York, New York 10022
                                  Tel: (212) 471-6200
                                  Email: hbeh@hinshawlaw.com

TO:     *All Counsel of Record via ECF*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SVETLANA LERNER, *on behalf of herself and those similarly situated*,<br><br>   Plaintiff,<br><br>   -against-<br><br>MIDLAND FUNDING LLC and<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>   Defendants. | Docket No.<br><br>**CERTIFICATE OF SERVICE** |

  The undersigned certifies that on June 26, 2020, **MIDLAND CREDIT MANAGEMENT, INC.'s CORPORATE DISCLOSURE STATEMENT** was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Yongmoon Kim, Esq.
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601

                  */s/Han Sheng Beh*