**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

July 24, 2023

**LETTER ORDER**

Re:   **LERNER v. MIDLAND FUNDING LLC et al**
  **Civil Action No. 20-7838 (JMV)**

  **ZAMORA v. MIDLAND CREDIT MANAGEMENT, INC.**
  **Civil Action No. 21-13290 (BRM)**

Dear Counsel:

As discussed during the telephone conference held in these matters earlier today, the Court orders the following:

1) Civil Action Nos. 20-7838 and 21-12390 and any pending motions therein are hereby **ADMINISTRATIVELY TERMINATED**.

2) This shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41.

3) Any party may file a letter request to reopen these matters and restore them to the Court's active docket at the appropriate juncture.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**